IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                  :
                                        :
JOEL LINARES PAGAN,                     :     Case No. 04-03637 (GAC)
CORALY RODRIGUEZ ALMODOVAR,             :
                                        :
          Debtors                       :     Chapter 7
_____:

## DECISION AND ORDER

The debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on April 2, 2004.  On June 25, 2004, the trustee filed a report of no distribution (dkt. #8).  The debtors' discharge was entered on August 20, 2004 (dkt. #12).  On the same date, the trustee was discharged and the case was closed (dkt. #13).

On March 16, 2005, the debtors filed a motion to file a late claim on behalf of Compania de Fianzas de Puerto Rico ("Compania de Fianzas")(dkt. #16).  The debtors indicate that this creditor has filed a complaint against the debtors demanding reimbursement of certain payments made to Cooperativa Ahorro y Credito Sabanena related to a guarantee executed with the insurance company to guarantee debtors' compliance with a loan agreement.  The debtors allege that they were not aware of their obligation to Compania de Fianzas and argue that their failure to schedule it was due to excusable neglect.  In essence the debtors are seeking to amend their schedules to include Compania de Fianzas as an unsecured creditor so that the order of discharge will bar collection of this

1

debt. The debtors did not provide notice of their motion to Compania de Fianzas.

ORDER

WHEREFORE IT IS ORDERED that this case is reopened. The debtors shall provide notice of their motion to amend schedules to Compania de Fianzas de Puerto Rico within twenty (20) days and certify such compliance with the Court.

IT IS FURTHER ORDERED that the debtors' request to amend their schedules to include Compania de Fianzas as an unsecured creditor will be granted if no objection is filed by Compania de Fianzas within twenty days of the debtors certifying that Compania de Fianzas was provided with notice of the debtors' motion.

SO ORDERED.

San Juan, Puerto Rico, this 12th day of September, 2005.

/s/ Gerardo A. Carlo
_____
GERARDO A. CARLO
Chief, U.S. Bankruptcy Judge

2